UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JACQUELINE D. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:14-cv-00804-JMS-DML |
| | ) | |
| CAROLYN W. COLVIN Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Having this day issued its Entry Reviewing the Commissioner's Decision, the Court now

**AFFIRMS** the Commissioner's decision and enters **FINAL JUDGMENT** against Plaintiff

Jacqueline D. White, and in favor of Defendant, such that Ms. White shall take nothing by way of

her Complaint.


Date: March 9, 2015

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana


Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court


**Distribution via US Mail:**

JACQUELINE D. WHITE
3325 N. New Jersey St.
Indianapolis, IN 46205

**<u>Electronic Distribution via CM/ECF:</u>**

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov